# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION ANDERSON,<br><br>              Plaintiff,<br><br>       vs.<br><br>L. CAHLANDER, et al.,<br><br>              Defendants. | 1:12cv01966 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>(Document 16) |

     Plaintiff Dion Anderson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his complaint on December 3, 2012. On January 7, 2013, Plaintiff filed a Motion for Injunctive Relief. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On June 7, 2013, the Court issued Findings and Recommendations that the Motion for Injunctive Relief be DENIED. The Findings and Recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen days. Over fourteen days have passed and Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the proper legal analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on June 7, 2013, are ADOPTED IN FULL; and
2. Plaintiff's Motion for Injunctive Relief, filed on January 7, 2013, is DENIED.

IT IS SO ORDERED.

Dated:  **July 15, 2013**            **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE