# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION ANDERSON,<br><br>          Plaintiff,<br><br>    vs.<br><br>L. CAHLANDER, et al.,<br><br>          Defendants. | 1:12-cv-01966 LJO DLB PC<br><br>FINDINGS AND RECOMMENDATION RECOMMENDING PLAINTIFF'S MOTION TO ENTER DEFAULT BE DENIED<br><br>[ECF No. 25] |

   Plaintiff Dion Anderson ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on December 3, 2012.

   On June 7, 2013, the Court dismissed the complaint and granted Plaintiff leave to file a First Amended Complaint.  On August 23, 2013, Plaintiff filed his First Amended Complaint. On July 10, 2014, he filed a motion for leave to file a Second Amended Complaint and lodged the proposed Second Amended Complaint.  On August 25, 2014, the Court granted the motion to file a Second Amended Complaint.  The Second Amended Complaint is currently pending screening by the Court.

   On October 14, 2014, Plaintiff filed the instant motion for entry of default.  Plaintiff contends that Defendants have neither filed an answer, extension of time, or entered the

appearance of an attorney within the time deadline.  Plaintiff is advised that service of process has not yet been effected on Defendants, triggering their obligation to respond to his complaint. Fed. R. Civ. P. 4(e).  In this case, the United States Marshal will be directed to initiate service of process on Plaintiff's behalf when the Court has determined that Plaintiff's complaint states cognizable claims for relief and service is appropriate.  28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(2).  The Court has not yet screened the Second Amended Complaint.  Therefore, service is not yet appropriate.

**RECOMMENDATION**

For all of the foregoing reasons, this Court recommends that Plaintiff's motion to enter default against Defendants be DENIED.

These Findings and Recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within fourteen (14) days after being served with these Findings and Recommendations, the parties may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **October 17, 2014**                    /s/ Dennis L. Beck
                                              UNITED STATES MAGISTRATE JUDGE