# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION ANDERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>L. CAHLANDER, et al.,<br><br>        Defendants. | Case No. 1:12-cv-01966 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING MOTION TO ENTER DEFAULT<br><br>[ECF No. 25, 26] |

Plaintiff Dion Anderson, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 3, 2012. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 20, 2014, the Magistrate Judge issued Findings and Recommendations that recommended Plaintiff's motion for default be DENIED. The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fourteen (14) days. Over fourteen days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1

1. The Findings and Recommendations, filed October 20, 2014, are ADOPTED in full;

2. Plaintiff's motion for default is DENIED.

IT IS SO ORDERED.

    Dated:   **November 7, 2014**          **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE