# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION ANDERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>L. CAHLANDER, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-01966 LJO DLB PC<br><br>ORDER CORRECTING ORDER DISMISSING CASE AS WITHOUT PREJUDICE<br><br>[ECF No. 29] |

Plaintiff Dion Anderson ("Plaintiff") is a state prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").

On October 5, 2015, the Court dismissed the complaint with prejudice for failure to state a claim. Plaintiff appealed to the Ninth Circuit Court of Appeals. On August 5, 2016, the Ninth Circuit affirmed the District Court's decision which dismissed the complaint as *Heck*-barred. *See Heck v. Humphrey*, 512 U.S. 477, 487 (1994). However, the Ninth Circuit remanded the case for the limited purpose of correcting the order dismissing the complaint as without prejudice.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that the order of October 5, 2015, dismissing the case is CORRECTED to reflect that dismissal of the complaint is WITHOUT PREJUDICE.

IT IS SO ORDERED.

　　Dated:   **August 23, 2016**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28